IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

ANGEL TORRES

V

THE STATE OF TEXAS

NO. 02-14-00345-CR

FILED IN
COURT OF CRIMINAL APPEALS

OCT 07 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW ANGEL TORRES PETITIONER PRO-SE IN THE ABOVE STYLED AND NUMBERED CAUSE AND MOVES THIS COURT TO RESPECTFULLY GRANT THE PETITIONER ADDITIONAL PERIOD OF TIME (60 DAYS) IN WHICH TO FILE HIS PETITION FOR DISCRETIONARY REVIEW AND IN SUPPORT THE PETITIONER WILL SHOW THE COURT AS FOLLOWS:

I

THAT THE COURT OF APPEALS AFFIRMED THE APPELLANTS CONVICTION ON JULY 2ND 2015.

II

THAT THE APPELLANT IS HAVING SOME TROUBLE FINDING HELP IN PREPARING PETITION BUT BELIVES THAT I HAVE FOUND THE HELP TO MAKE A PROPER LEGAL PRESENTATION.

III

THE APPELLANT IS HAVING SOME TROBLE IN OBTAINING COPIE OF TRANSCRIPT OF TRIAL RECORD AND SHOUD BELIEVE COPIE OF TRANSCRIPT IN NEXT FEW DAYS

WHEREFORE THE PETITIONER PRAYS THAT THE HONORABLE COURT OF CRIMINAL APPEALS WILL GRANT THE PETITIONERS MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW.

RESPECTFULLY SUBMITED

ON THIS THE 25 DAY OF SEP 2015

ANGEL TORRES
0649860
100 N. LAMAR ST.
FT. WORTH
TEXAS 76196

## ORDER

CAME ON THIS THE _____ DAY OF _____ 2015 PETITIONER MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PETITION FOR DISCRETIONARY REVIEW HAVING BEEN PRESENTED TO THE HONORABLE COURT AND THE COURT HAVING CONSIDERED SAID MOTION HEARBY GRANTS/DENIED AND ORDERS AS FOLLOWS:

HONORABLE JUDGE PRESIDING

## Verification of Unsworn Declaration

I, *Angel Torres*, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, # *0649860*, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Declaration of Conflict and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this *25* day of *Sept*, 20*15*.

*Angel Torres*
[Defendant's Name], Defendant Pro Se
CID # *0649860* DOB *5/7/85*
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

## Certificate of Service

I, *A.T.*, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Tim Curry by mailing via first-class mail to JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this *25* day of *Sept*, 20*15*.

*Angel Torres*
[Defendant's Name], Defendant Pro Se
CID # *0649860* DOB *5/7/85*
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954